MOTION DENIED
DATE: 6-22-15
BY: PC

Cause No. 2010-544-C1A

| Ex parte | IN THE 19th JUDICIAL DISTRICT COURT FOR |
|---|---|
| TERRY GLENN HARRIS | McLENNAN COUNTY, TEXAS |
| | MOTION TO COMPEL HABEAS CORPUS AD TESTIFICANDUM |

COMES NOW, TERRY GELNN HARRIS, applicant in the above styled and numbered cause, pursuant to the interest of justice and brings this MOTION TO COMPEL AD TESTIFICANDUM, as per Article 11.31 of Texas Code of Criminal Procedure (CCP).

"The person on whom the writ is served shall bring before the judge the person in his custody, or under his restraint."
Art.11.31, CCP of Texas.

Applicant is currently in custody of the TDCJ, in the L.C. Powledge Unit, located in Palestine, Texas, in Anderson County; applicant's TDCJ# is 1664009.

Applicant is requesting the Honorable Court to issue from the bench, a warrant ordering the Sheriff of McLennan County to transport said offender to the court issuing the warrant to participate in the hearing in this matter to give testimony.

Applicant contends that his presence is required because he could aid counsel in his defense; the court should base their evaluation upon applicants demeanor, not relying on the sole testimony of trial counsel appointed by the court; the court should grant the motion in the interest of justice. Applicant contends the case relies on his testimony rather than that of appointed counsel for the defense.

Applicant contends that his presence will serve the ends of justice by releaving the burden of appointing counsel on behalf of the state; applicant contends his presence at the hearing would aid the court in finding common ground among the vast evidence to his favor; applicant could aid in the cross examination of witness for the prosecution; the court should hear the applicant's own words and present appropriate rebuttal.

PRAYER

WHEREFORE PREMISES CONSIDERED, Applicant **Terry Glenn Harris** respectfully prays that this Honorable Court will grant this MOTION TO COMPEL HABEAS CORPUS AD TESTIFICANDUM and in all things considered.

Rsepectfully submitted,

Terry Glenn Harris, petitioner
#1664009
1400 FM 3452, Powledge Unit
Palestine, Texas 75803

Executed on this ___ day of June, 2015.

Terry Harris-2010-544-C1A
MCADT-2 of 2

In re: Cause 2010-544-ClA,Ex parte Harris-19th Judicial District
To the clerk of the Court:

Please find enclosed the following WRIT OF HABEAS CORPUS AD TES-

TIFICANDUM to be filed in the above named court and under the

cause number listed .

Thank you for your attention to matter and know that your time is

greatly appreciated.


cc:file

Date: 6/12/15 , 2015.

"Sincerely,

Terry Glenn Harris,1664009
1400 FM 3452,Powledge Unit.
Palestine,Texas 75803

3 pgs. total